ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS,<br><br>               Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have up to and including May 23, 2025, to file its responsive pleading in this matter. The current deadline is May 14, 2025.[1]  Good cause exists to grant the requested extension.  First, counsel for Deutsche Bank was out of the office last week for a family

---

[1] The parties agreed to extend Deutsche Bank's responsive pleading deadline to May 14, 2025, prior to the case being removed to this Court.

{81327079;1}

1  matter, which impacted counsel's ability to complete the responsive pleading within the current time
2  period. Second, and relatedly, counsel for Deutsche Bank recently took over management of several
3  other matters pending in Nevada state and federal courts, and these matters have implicated various
4  short term deadlines that have required counsel's attention. The parties therefore enter into this
5  stipulation to address current time and scheduling constraints on Deutsche Bank's counsel.

6      This is the parties' first request for an extension of this deadline and is not intended to cause
7  any delay or prejudice to any party.

8      DATED May 9, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
|   /s/ *Nicholas E. Belay*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* |   /s/ *Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 12, 2025

2

{81327079;1}