1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
3 AKERMAN LLP
1180 N. Town Center Dr., Suite 290
4 Las Vegas, NV 89144
Telephone:    (702) 634-5000
5 Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: nicholas.belay@akerman.com

7 *Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have up to and including May 30, 2025, to file its responsive pleading in this matter. The current deadline is May 23, 2025. *See* ECF No. 6. Good cause exists to grant the requested extension due to ongoing time and scheduling constraints on the part of Deutsche Bank's counsel. Counsel recently took over management of several other matters

81544624;1

pending in Nevada state and federal courts, and these matters have implicated various short term deadlines that have required counsel's attention.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED May 23, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 27, 2025

2

81544624;1