JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Email: Yosuphonglaw@gmail.com
*Attorney for ONORIO RAMOS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF 10)** |

Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1 (**Deutsche Bank**)**,** and Plaintiff, ONORIO RAMOS (**Ramos**), stipulate that Ramos shall have up to and including July 14, 2025, to file his response to Deutsche Bank's motion to dismiss, ECF 10. The current deadline is June 13, 2025.

Good cause exists to grant the requested extension. Ramos' counsel has been tending to family matters, which impacted counsel's ability to complete the response within the current time period, and Ramos' counsel will be continuing to tend to the same family matters through the end

of June 2025. The parties, therefore, enter into this stipulation to address current time and scheduling constraints on Ramos' counsel.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED: June 12, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/   Nicholas E. Belay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | /s/   Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 16, 2025**

- 2 -