JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:   (702) 870-1777
Email:  Yosuphonglaw@gmail.com
*Attorney for Onorio Ramos*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF 10)**<br><br>**(SECOND REQUEST)** |

Defendant, Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**), and Plaintiff, Onorio Ramos (**Ramos**), stipulate that Ramos shall have up to and including July 21, 2025, to file his response to Deutsche Bank's motion to dismiss, ECF 10. The current deadline is July 14, 2025. Good cause exists to grant the requested extension. Counsel for the parties are currently discussing a potential stipulation to allow Ramos to file an amended complaint. Deutsche Bank is evaluating the proposed stipulation and expects to have a response to Ramos shortly.

…

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED: July 14, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay | /s/ Joseph Y. Hong |
| ARIEL E. STERN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5995 |
| NICHOLAS E. BELAY, ESQ. | 1980 Festival Plaza Dr., Suite 650 |
| Nevada Bar No. 15157 | Las Vegas, NV 89135 |
| 1180 N. Town Center Dr., Suite 290 | |
| Las Vegas, NV 89144 | *Attorney for Onorio Ramos* |
| | |
| *Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | |

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 15, 2025**

- 2 -