JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com

*Counsel for Defendant Wilmington Finance, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>            Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO COMPLAINT** |

Defendant, Wilmington Finance, Inc. ("Wilmington"), and Plaintiff, Onorio Ramos ("Ramos"), stipulate that Wilmington shall have up to and including August 20, 2025, to file their response to Plaintiff's Complaint, should no Amended Complaint be filed on or before that date[1]. Good cause exists for this extension because it would be a waste of resources for Wilmington to respond to the original complaint after Plaintiff has expressed his intention to file an amended

---

[1] On July 21, 2025, Plaintiff filed its Stipulation and Order to File Amended Complaint (Dkt. 25) by August 11, 2025.

Page 1

ACTIVE 713413225v1

complaint in the coming weeks. This stipulation is not intended to cause any delay or prejudice to any party.

    **IT IS SO STIPULATED.**

    DATED this 30th day of July, 2025.

| **HONG & HONG LAW OFFICE** | **GREENBERG TRAURIG, LLP** |
|---|---|
| */s/ Joseph Y. Hong* | */s/ Joel Tasca* |
| Joseph Y. Hong (NV Bar No. 5995) | Joel E. Tasca (NV Bar No. 14124) |
| 1980 Festival Plaza Dr., Suite 650 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, NV 89135 | Las Vegas, NV 89135 |
| *Attorney for Onorio Ramos* | *Attorneys for Wilmington Finance, Inc..* |

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2025

Page 2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the **30th day of July, 2025,** a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*Chris Darling*
An employee of Greenberg Traurig, LLP

ACTIVE 713413225v1