JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com

*Counsel for Defendant Wilmington Finance, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>               Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant, Wilmington Finance, Inc. ("Wilmington"), and Plaintiff, Onorio Ramos ("Ramos"), stipulate that Wilmington shall have up to and including September 3, 2025, to file its response to Plaintiff's Amended Complaint, filed August 11, 2025. Good cause exists for this extension because it will allow time for Wilmington to assess Plaintiff's newly asserted claims.

/ / /

/ / /

/ / /

Page 1

ACTIVE 714005354v1

1  This stipulation is not intended to cause any delay or prejudice to any party.

2  **IT IS SO STIPULATED.**

3  DATED this 19th day of August, 2025.

**HONG & HONG LAW OFFICE**  **GREENBERG TRAURIG, LLP**

*/s/ Joseph Y. Hong*  */s/ Joel E. Tasca*

Joseph Y. Hong (NV Bar No. 5995)  Joel E. Tasca (NV Bar No. 14124)
1980 Festival Plaza Dr., Suite 650  10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135  Las Vegas, NV 89135

*Attorney for Onorio Ramos*  *Attorneys for Wilmington Finance, Inc..*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2025

Page 2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the **19th day of August, 2025,** a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO COMPLAINT (SECOND REQUEST)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Chris Darling*
An employee of Greenberg Traurig, LLP

Page 3

ACTIVE 714005354v1