1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
3  **AKERMAN LLP**
   1180 N. Town Center Dr., Suite 290
4  Las Vegas, NV 89144
   Telephone:   (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: scott.lachman@akerman.com
6  Email: nicholas.belay@akerman.com

7  *Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP*
8  *TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have up to and including September 3, 2025, to file its responsive pleading to the amended complaint in this matter. The current deadline is August 25, 2025. Good cause exists to grant the requested extension due to ongoing time and scheduling constraints on the part of Deutsche Bank's counsel, as well as to allow for additional time for Deutsche Bank to review the newly asserted claims/allegations.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED August 22, 2025.

| **AKERMAN LLP**<br><br> /s/ Nicholas E. Belay<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | **HONG & HONG LAW OFFICE**<br><br> /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |
|---|---|

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 26, 2025

2