SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>                    Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have an additional seven (7) days, up to and including September 10, 2025, to file its responsive pleading to the amended complaint in this matter. The current deadline is September 3, 2025.  Good cause exists to grant the requested extension due to a recent unexpected illness on the part of Deutsche Bank's counsel, which counsel is currently still recovering from.

83004077;1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED September 3, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 4, 2025

2

83004077;1