JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Email: Yosuphonglaw@gmail.com

*Attorney for Onorio Ramos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>               Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF, ONORIO RAMOS, TO FILE RESPONSE TO DEFENDANT, WILMINGTON FINANCE, INC.'S, MOTION TO DISMISS AMENDED COMPLAINT [ECF 38]**<br><br>**(FIRST REQUEST)** |

Defendant, WILMINGTON FINANCE, INC. ("Wilmington"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate that Ramos shall have up to and including October 1, 2025, to file its response to Wilmington's Motion to Dismiss Amended Complaint, filed September 3, 2025, ECF 38. Good cause exists for this extension because Plaintiff's counsel is experiencing internal networking/computer issues.

This stipulation is not intended to cause any delay or prejudice to any party.

1

**IT IS SO STIPULATED**.

DATED this 17th day of September, 2025.

| HONG & HONG LAW OFFICE | GREENBERG TAURIG, LLP |
|---|---|

/s/ Joseph Y. Hong

JOSEPH Y. HONG, ESQ.  (NV Bar No. 5995)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorney for Onorio Ramos*

/s/ Joel E. Tasca

JOEL E. TASCA, ESQ.  (NV Bar No. 14124)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorney for Wilmington Finance, Inc.*

**IT IS SO ORDERED**.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 18, 2025