JOSEPH Y. HONG, ESQ.
Nevada Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Email: Yosuphonglaw@gmail.com
*Attorney for Onorio Ramos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF, ONORIO RAMOS, TO FILE RESPONSE TO DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1'S, MOTION TO DISMISS AMENDED COMPLAINT [ECF 40]**<br><br>**(FIRST REQUEST)** |

Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES,

SERIES 2007-HSBC1 ("Deutsche"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate

that Ramos shall have up to and including October 8, 2025, to file his response to Deutsche's

Motion to Dismiss Amended Complaint, filed September 10, 2025, ECF 40. Good cause

1

exists for this extension because Plaintiff's counsel is experiencing internal networking/computer issues.

This stipulation is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this 23rd day of September, 2025.

HONG & HONG LAW OFFICE                    AKERMAN LLP


/s/ Joseph Y. Hong                                       /s/ Nicholas E. Belay
Joseph Y. Hong, Esq. (NV Bar No. 005995)      Scott R. Lachman, Esq. (NV Bar No. 012016)
1980 Festival Plaza Drive, Suite 650              Nicholas E. Belay, Esq. (NV Bar No. 015175)
Las Vegas, Nevada 89135                           1180 N. Town Center Drive, Suite 290
                                                             Las Vegas, Nevada 89144
*Attorney for Onorio Ramos*
                                                             *Attorneys for Deutsche Bank National Trust*
                                                             *Company*


IT IS SO ORDERED:

Dated: September 24, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2