JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Email: Yosuphonglaw@gmail.com

*Attorney for ONORIO RAMOS*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF, ONORIO RAMOS, TO FILE RESPONSE TO DEFENDANT, WILMINGTON FINANCE, INC.'S, MOTION TO DISMISS AMENDED COMPLAINT [ECF 38]**<br><br>**(SECOND REQUEST)** |

Defendant, WILMINGTON FINANCE, INC. ("Wilmington"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate that Ramos shall have up to and including October 8, 2025, to file his response to Wilmington's Motion to Dismiss Amended Complaint, filed September 3, 2025, ECF 38. Good cause exists for this extension because notwithstanding that Plaintiff's counsel is still experiencing incremental internal networking/computer issues, judicial resources will best be served with the response being extended to the same date for

1

Plaintiff's response to Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1's, Motion to Dismiss Amended Complaint, ECF 40.

This stipulation is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

DATED this 1st day of October, 2025.

| | |
|---|---|
| HONG & HONG LAW OFFICE | GREENBERG TRAURIG, LLP |
| */s/ Joseph Y. Hong* | */s/ Joel E. Tasca* |
| Joseph Y. Hong, Esq. (State Bar No. 005995)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | Joel E. Tasca, Esq. (State Bar No. 014124)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 |
| *Attorney for ONORIO RAMOS* | *Attorney for WILMINGTON FINANCE, INC.* |

**IT IS SO ORDERED**.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 2, 2025