1  JOSEPH Y. HONG, ESQ.
   Nevada Bar No. 005995
2  HONG & HONG LAW OFFICE
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 870-1777
4  Email: Yosuphonglaw@gmail.com

5  *Attorney for ONORIO RAMOS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS, <br><br> Plaintiff, <br><br> vs. <br><br> SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-00776-APG-BNW <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFF, ONORIO RAMOS, TO FILE RESPONSE TO DEFENDANT, WILMINGTON FINANCE, INC.'S, MOTION TO DISMISS AMENDED COMPLAINT [ECF 38]** <br><br> **(THIRD REQUEST)** |

Defendant, WILMINGTON FINANCE, INC. ("Wilmington"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate that Ramos shall have up to and including October 22, 2025 to file his response to Wilmington's Motion to Dismiss Amended Complaint, filed September 3, 2025, ECF 38, and Wilmington shall have up to and including November 14, 2025 to file its reply. Good cause exists for this extension because Plaintiff's counsel is tending to an unexpected family health matter.

1

This stipulation is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

DATED this 8th day of October, 2025.

| HONG & HONG LAW OFFICE | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Joseph Y. Hong* | */s/ Joel E. Tasca* |
| Joseph Y. Hong, Esq. (NV Bar No. 005995) | Joel E. Tasca, Esq. (NV Bar No. 014124) |
| 1980 Festival Plaza Drive, Suite 650 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89135 |
| *Attorney for ONORIO RAMOS* | *Attorney for WILMINGTON FINANCE, INC.* |

IT IS SO ORDERED:

Dated: October 9, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE