JOSEPH Y. HONG, ESQ.
Nevada Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Email: Yosuphonglaw@gmail.com

*Attorney for ONORIO RAMOS*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF, ONORIO RAMOS, TO FILE RESPONSE TO DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1'S, MOTION TO DISMISS AMENDED COMPLAINT [ECF 40]**<br><br>**(SECOND REQUEST)** |

Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1 ("Deutsche"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate that Ramos shall have up to and including October 22, 2025 to file his response to Deutsche's Motion to Dismiss Amended Complaint, filed September 10, 2025, ECF 40, Deutsche shall

have up to and including November 14, 2025 to file its reply. Good cause exists for this extension because Plaintiff's counsel is tending to an unexpected family health matter.

This stipulation is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED**.

DATED this 8th day of October, 2025.

| HONG & HONG LAW OFFICE | AKERMAN LLP |
|---|---|
| /s/ *Joseph Y. Hong* | /s/ *Nicholas E. Belay* |
| Joseph Y. Hong, Esq. (NV Bar No. 005995) | Scott R. Lachman, Esq. (NV Bar No. 012016) |
| 1980 Festival Plaza Drive, Suite 650 | Nicholas E. Belay, Esq. (NV Bar No. 015175) |
| Las Vegas, Nevada 89135 | 1180 N. Town Center Drive, Suite 290 |
|  | Las Vegas, Nevada 89144 |
| *Attorney for ONORIO RAMOS* | *Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY* |

IT IS SO ORDERED:

Dated: October 9, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2