1  JOSEPH Y. HONG, ESQ.
   State Bar No. 005995
2  HONG & HONG LAW OFFICE
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 870-1777
4  Email: Yosuphonglaw@gmail.com

5
   *Attorney for ONORIO RAMOS*
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10

11 ONORIO RAMOS,                                  Case No.: 2:25-cv-00776-APG-BNW

12                  Plaintiff,

13        vs.

14
   SABLES, LLC, a Nevada limited liability
15 company; WILMINGTON FINANCE, INC., a           **STIPULATION TO EXTEND TIME FOR**
   Delaware corporation; DEUTSCHE BANK           **PLAINTIFF, ONORIO RAMOS, TO FILE**
16 NATIONAL TRUST COMPANY, AS TRUSTEE            **RESPONSE TO DEFENDANT,**
   FOR GSAMP TRUST 2007-HSBC1                    **DEUTSCHE BANK NATIONAL TRUST**
17 MORTGAGE PASS-THROUGH                         **COMPANY, AS TRUSTEE FOR GSAMP**
   CERTIFICATES, SERIES 2007-HSBC1; DOES I       **TRUST 2007-HSBC1 MORTGAGE PASS-**
18 through X and ROE BUSINESS ENTITIES I         **THROUGH CERTIFICATES, SERIES**
   through X, inclusive,                         **2007-HSBC1'S, MOTION TO DISMISS**
19                                               **AMENDED COMPLAINT [ECF 40]**

20                  Defendants.                  **(FIFTH REQUEST)**

21

22        Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR

23 GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-

24 HSBC1 ("Deutsche"), and Plaintiff, ONORIO RAMOS ("Ramos"), stipulate that Ramos shall have

25 up to and including Monday, November 3, 2025, to file his response to Deutsche's Motion to Dismiss

26 Amended Complaint, filed September 10, 2025, ECF 40, Deutsche shall have up to and including

27 November 14, 2025 to file its reply. Good cause exists for this extension because Plaintiff's counsel,

28

                                            1

who is continuing to work remotely outside of the jurisdiction tending to a family health matter, experienced a full power outage on October 21, 2025 for approximately 6 hours which has caused incremental issues with his WORD program. Upon completing on October 29, 2025 Plaintiff's response to Defendant, Wilmington Finance, Inc.'s, motion to dismiss amended complaint [ECF 38] ---wherein the response was filed on October 29, 2025---, Plaintiff's counsel's WORD program unexpectedly "forced quit" and shut down and, therefore, impeded the finalization of Plaintiff's response for filing on October 29, 2025. Plaintiff's counsel, however, was optimistic that this issue would be resolved by October 30, 2025. Thus, this infelicitous optimism led counsel for the parties to submit on October 29, 2025 the stipulation to extend for one-day through October 30, 2025, which this Court granted. Unfortunately and excruciatingly, Plaintiff's counsel's computer is continuing to autonomously "force quit" and shut down the WORD program at this time as of October 30, 2025, which has impeded the finalization of Plaintiff's response for filing on October 30, 2025. A computer specialist to remedy this issue is scheduled for Friday, October 31, 2025.

This stipulation is not intended to cause any delay or prejudice to any party and Plaintiff's counsel is appreciative of Deutsche counsel's professional courtesy and cooperation in stipulating herein.

**IT IS SO STIPULATED**.

DATED this 30th day of October, 2025.

| **HONG & HONG LAW OFFICE** | **AKERMAN LLP** |
|---|---|
| /s/ Joseph Y. Hong | /s/ Scott R. Lachman |
| Joseph Y. Hong, Esq. (State Bar No. 005995) | Scott R. Lachman, Esq. (State Bar No. 012016) |
| 1980 Festival Plaza Drive, Suite 650 | Nicholas E. Belay, Esq. (State Bar No. 015175) |
| Las Vegas, Nevada 89135 | 1180 N. Town Center Drive, Suite 290 |
| | Las Vegas, Nevada 89144 |
| *Attorney for ONORIO RAMOS* | *Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY* |

IT IS SO ORDERED:

Dated: November 3, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE