SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>  Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY SUPPORTING MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS**<br><br>**(SECOND REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have up to and including December 5, 2025, to file its reply supporting its motion to dismiss and motion to expunge lis pendens (ECF Nos. 40, 41). The current deadline is November 14, 2025. Good cause exists to grant the requested extension due to time and scheduling constraints on counsel caused by recent travel out of the country, an appellate oral argument in a separate matter, and the upcoming holidays.

84248039;1

1   This is the parties' second request for an extension of this deadline and is not intended to cause
2   any delay or prejudice to any party.
3   DATED November 14, 2025.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 17, 2025**

2
84248039;1