JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com

*Counsel for Defendant Wilmington Finance, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>               Plaintiff,<br><br>  v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | Case No. 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

Defendant, Wilmington Finance, Inc. ("Wilmington"), and Plaintiff, Onorio Ramos ("Ramos"), stipulate that Wilmington shall have up to and including December 5, 2025, to file its reply in support of its motion to dismiss (ECF No. 38). Good cause exists for this extension due to time and scheduling constraints on counsel caused by recent travel and the upcoming holidays.

/ / /

/ / /

/ / /

ACTIVE 716523105v1

This is the parties' second request for an extension of this deadline and it is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATE: November 14, 2025.  
**HONG & HONG LAW OFFICE**

/s/ *Joseph Y. Hong*

Joseph Y. Hong (NV Bar No. 5995)  
1980 Festival Plaza Drive  
Suite 650  
Las Vegas, Nevada 89135  
*Attorney for Onorio Ramos*

DATE: November 14, 2025.  
**GREENBERG TRAURIG, LLP**

/s/ *Joel E. Tasca*

Joel E. Tasca (NV Bar No. 14124)  
10845 Griffith Peak Drive  
Suite 600  
Las Vegas, Nevada 89135  
*Attorneys for Wilmington Finance, Inc.*

**IT IS SO ORDERED.**

ANDREW P. GORDON  
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 17, 2025

ACTIVE 716523105v1