SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>          Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY SUPPORTING MOTION TO DISMISS AND MOTION TO EXPUNGE LIS PENDENS**<br><br>**(FIFTH REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have a one-day extension, up to and including **January 12, 2026**, to file its reply supporting its motion to dismiss and motion to expunge lis pendens (ECF Nos. 40, 41).  The current deadline is January 9, 2026.  *See* ECF No. 72.

Good cause exists to grant the requested extension due to an unexpected illness of Deutsche Bank's counsel, which has impacted counsel's ability to finalize the brief and obtain the requisite internal reviews prior to the current deadline. Deutsche Bank is mindful of the Court's need to move its docket forward and does not request this additional time lightly. The reply brief is nearly finalized, and Deutsche Bank does not anticipate requiring any additional extensions to this deadline beyond the one additional judicial day requested herein.

This is the parties' fifth request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED January 9, 2026.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15157 <br> 1180 N. Town Center Dr., Suite 290 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | /s/ Joseph Y. Hong <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Dr., Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 12, 2026**