SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>                    Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON COUNTERMOTION TO EXTEND DISCOVERY DEADLINE**<br><br>**(FIRST REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos (**Ramos**) stipulate that Deutsche Bank shall have an additional seven (7) days, up to and including **June 18, 2026**, to file its response to Ramos's countermotion to extend discovery deadline (ECF No. 85).  The current deadline is June 11, 2026.  The parties further agree that Ramos shall have up to and including **July 2, 2026**, to file his reply.

{}
87139326;1

Good cause exists to grant the requested extension due to time and scheduling constraints on the parties' counsel that has impacted their ability to fully address the discovery dispute within the current briefing schedule, including a recent out-of-state appellate oral argument on the part of Deutsche Bank's counsel and related scheduling constraints.  This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED June 11th, 2026.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| _/s/  Nicholas E. Belay_<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | _/s/   Joseph Y. Hong_<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 12, 2026

2

87139326;1