SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON COUNTERMOTION TO EXTEND DISCOVERY DEADLINE AND TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank**) and plaintiff Onorio Ramos (**Ramos**) stipulate that Deutsche Bank shall have an additional seven (7) days, up to and including **June 25, 2026**, to file its response to Ramos's countermotion to extend discovery deadline (ECF No. 85). The current deadline is June 18, 2026. The parties further agree that Ramos shall have up to and including **July 16, 2026**, to file his reply.

{87222004;1}

In addition, the parties agree that Deutsche Bank shall have up to and including **July 20, 2026**, to file its responsive pleading/dispositive motion to the second amended complaint in this matter.  The current deadline is July 6, 2026.

Good cause exists to grant the requested extension due to ongoing time and scheduling constraints on the parties' counsel, the impact of holidays during the current briefing schedule, and to allow additional time for the parties to fully address the issues while avoiding overlapping briefing.

This is the parties' second request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED June 18th, 2026.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| _/s/  Nicholas E. Belay_ | _/s/   Joseph Y. Hong_ |
| SCOTT R. LACHMAN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 5995 |
| NICHOLAS E. BELAY, ESQ. | 1980 Festival Plaza Dr., Suite 650 |
| Nevada Bar No. 15175 | Las Vegas, NV 89135 |
| 1180 N. Town Center Dr., Suite 290 | |
| Las Vegas, NV 89144 | *Attorney for Onorio Ramos* |
| | |
| *Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___June 22, 2026_____

2

{87222004;1}