JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com

*Counsel for Defendant Wilmington Finance, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ONORIO RAMOS, | Case No.: 2:25-cv-00776-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Defendant, Wilmington Finance, Inc. ("Wilmington"), and Plaintiff, Onorio Ramos ("Ramos"), stipulate that Wilmington shall have up to and including July 20, 2026, to file its response to Plaintiff's Second Amended Complaint (ECF No. 83).

Good cause exists to grant the requested extension due to scheduling constraints on the parties' counsel, the impact of upcoming holidays during the current briefing schedule, and to allow additional time for the parties to fully address the issues while avoiding overlapping briefing.

/ / /

Page 1

ACTIVE 725026731v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 23rd day of June, 2026.

**HONG & HONG LAW OFFICE**

*/s/ Joseph Y. Hong*

Joseph Y. Hong (NV Bar No. 5995)
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135

*Attorney for Onorio Ramos*

**GREENBERG TRAURIG, LLP**

*/s/ Joel Tasca*

Joel E. Tasca (NV Bar No. 14124)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Wilmington Finance, Inc..*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  June 24, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 2

ACTIVE 725026731v1