SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1*

akerman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ONORIO RAMOS,

Plaintiff,

v.

SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

Case No.: 2:25-cv-00776-APG-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

**(THIRD REQUEST)**

Defendant Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1 (**Deutsche Bank)** and plaintiff Onorio Ramos stipulate that Deutsche Bank shall have up to and including **August 3, 2026**, to file its responsive pleading/dispositive motion to the second amended complaint in this matter. The current deadline is July 20, 2026.

Good cause exists to grant the requested extension due to time and scheduling constraints on the part of Deutsche Bank's counsel, which has been exacerbated by reduced staffing in counsel's

office over the last few weeks, as well as the undersigned's co-counsel currently traveling outside of the country. Further, Plaintiff and Defendant Wilmington Finance, Inc. recently stipulated to set Wilmington's responsive pleading deadline as August 3, 2026. *See* ECF No. 101. Deutsche Bank submits it is in the interest of justice and efficiency to sync these deadlines so as to avoid disjointed briefing on the second amended complaint given the overlapping issues between defendants.

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED July 20th, 2026.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Nicholas E. Belay*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAMP TRUST 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC1* | **HONG & HONG LAW OFFICE**<br><br>*/s/ Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Onorio Ramos* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 21, 2026



{87678806;1}

akerman