JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com
madeleine.coles@gtlaw.com

*Counsel for Defendant Wilmington Finance, Inc.*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONORIO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>SABLES, LLC, a Nevada limited liability company; WILMINGTON FINANCE, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2007-HSBC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HSBC1; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00776-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WILMINGTON FINANCE, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant, Wilmington Finance, Inc. ("Wilmington"), and Plaintiff, Onorio Ramos ("Ramos"), stipulate that Wilmington shall have up to and including August 10, 2026, to file its response to Plaintiff's Second Amended Complaint (ECF No. 83).

The current deadline for Wilmington to respond to the Second Amended Complaint is August 7, 2026. Wilmington requested, and Ramos agreed, to grant Wilmington one additional week, as

counsel for Wilmington has unexpectedly been out of town this week for emergency hearings in a separate matter. Accordingly, the parties assert that good cause exists to grant this brief extension.

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 31st day of July, 2026.

**HONG & HONG LAW OFFICE**

/s/ Joseph Y. Hong

Joseph Y. Hong (NV Bar No. 5995)
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135

*Attorney for Onorio Ramos*

**GREENBERG TRAURIG, LLP**

/s/ Madeleine Coles

Joel E. Tasca (NV Bar No. 14124)
Madeleine Coles (NV Bar No. 16216)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Wilmington Finance, Inc..*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002