**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ONORIO RAMOS,

Plaintiff

v.

SABLES, LLC, et al.,

Defendants

Case No.: 2:25-cv-00776-APG-BNW

**Order Granting Unopposed Motion to Dismiss**

[ECF No. 109]

I ORDER that defendant Wilmington Finance, Inc.'s motion to dismiss (ECF No. 109) is GRANTED as unopposed. LR 7-2(d). Plaintiff Onorio Ramos' claims against defendant Wilmington Finance, Inc. are dismissed with prejudice.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE